# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC, | CASE NO. 1:20-cv-01824-SL |
| Plaintiff, | |
| v. | Judge Sara Lioi |
| SWAGELOK COMPANY, | |
| Defendant. | |

## MOTION TO DISMISS

Defendant, Swagelok Company, moves for dismissal of Plaintiff Symbology Innovations, LLC's Complaint with prejudice under Federal Rule of Civil Procedure 12(b)(6) for two reasons. First the asserted patent is invalid under 35 U.S.C. § 101 because it is directed to ineligible subject matter. Second, Symbology's Complaint fails to adequately plead patent infringement, as it provides no factual support for its allegations that Swagelok performed the claimed method directly or indirectly. This motion is accompanied by a Memorandum of Law in Support.

Dated: October 5, 2020

/s/ *Nenad Pejic*
Nenad Pejic (Ohio Bar No. 0066347)
npejic@calfee.com
Andrew Alexander (Ohio Bar No. 0091167)
aalexander@calfee.com
CALFEE, HALTER & GRISWOLD LLP
The Calfee Building
1405 East Sixth Street
Cleveland, Ohio 44114-1607
Phone: (216) 622-8634

|  |
|---|
| ATTORNEYS FOR DEFENDANT SWAGELOK COMPANY |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send electronic notification to all parties who have appeared and are registered as CM/ECF participants in this matter. Parties may access this filing though the Court's CM/ECF system.

                                              /s/ *Nenad Pejic*
                                              One of the attorneys for Defendant