IT IS SO ORDERED.

*[signature]*
**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**
November 9, 2020

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **SYMBOLOGY INNOVATIONS, LLC,** | Civil Action No.: 1:20-cv-01824-SL |
| Plaintiff, | |
| v. | **TRIAL BY JURY DEMANDED** |
| **SWAGELOK COMPANY,** | |
| Defendant. | |

## JOINT MOTION TO DISMISS

Now come Plaintiff, Symbology Innovations, LLC, and Defendant, Swagelok Company, by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 41, and hereby move this Court to dismiss all claims against Defendant Swagelok Company WITH PREJUDICE and all counterclaims against Plaintiff Symbology Innovations, LLC WITHOUT PREJUDICE, with each party to bear its own attorneys' fees and costs. The parties believe that the Motion to Dismiss currently pending [D.E. 10] in this matter is now moot.

Dated: October 15, 2020

Respectfully submitted,

SAND, SEBOLT & WERNOW CO., LPA

*/s/ Andrew S. Curfman*
Andrew S. Curfman (SBN 0090997)
Aegis Tower – Suite 1100
4940 Munson Street NW
Canton, Ohio 44718
Phone: 330-244-1174
Fax: 330-244-1173
andrew.curfman@sswip.com

ATTORNEY FOR PLAINTIFF

/s/ *Nenad Pejic*
Nenad Pejic (Ohio Bar No. 0066347)
npejic@calfee.com
Andrew Alexander (Ohio Bar No. 0091167)
aalexander@calfee.com
CALFEE, HALTER & GRISWOLD LLP
The Calfee Building
1405 East Sixth Street
Cleveland, Ohio 44114-1607
Phone: (216) 622-8634

ATTORNEYS FOR DEFENDANT
SWAGELOK COMPANY

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on October 15, 2020, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Andrew S. Curfman*
Andrew S. Curfman

2